THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALVE CORPORATION, <br><br> Petitioner, <br> v. <br> GREGORY FISH, <br><br> Respondent. | No. 25-cv-01729-JNW <br><br> **STIPULATED MOTION AND ORDER** <br><br> **NOTE ON MOTION CALENDAR: OCTOBER 30, 2025** |

STIPULATED MOTION AND ORDER
No. 25-cv-01729-JNW

1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1     Petitioner Valve Corporation ("Valve") and Respondent Gregory Fish ("Respondent," together with Valve, the "Parties") hereby stipulate as follows:

    **WHEREAS**, on September 8, 2025, Valve filed a Petition To Vacate Arbitration Awards (the "Petition," Dkt. 1) and noted the Petition for consideration on October 1, 2025;

    **WHEREAS**, the Petition is 3,220 words;

    **WHEREAS**, on September 15, 2025, counsel for Respondent requested and Valve consented to an extension of the deadline to respond to the Petition;

    **WHEREAS**, on September 23, 2025, the Parties filed a Scheduling Stipulation and Proposed Order stipulating that: (i) Respondent shall have up to and including October 14, 2025, to respond to the Petition; (ii) Valve shall have up to and including November 4, 2025, to file a reply in further support of the Petition; and (iii) the Petition was to be re-noted for November 4, 2025 (the "Stipulated Motion," Dkt. 14);

    **WHEREAS**, on October 10, 2025, the Court granted the Stipulated Motion (Dkt. 18);

    **WHEREAS**, under the current schedule, the deadline for Valve to file its reply in further support of the Petition is November 4, 2025;

    **WHEREAS**, on October 14, 2025, Respondent filed an opposition to the Petition (Dkt. 19);

    **WHEREAS**, Respondent's opposition to the Petition is 8,224 words;

    **WHEREAS**, on October 29, 2025, Respondent (i) consented to an extension of Valve's deadline to file a reply in further support of the Petition until November 18, 2025, and (ii) agreed that Valve's reply in further support of the Petition may be up to 4,100 words;

    **NOW THEREFORE, IT IS HEREBY STIPULATED** by and among the undersigned counsel for the Parties, subject to approval of the Court, that:

(i)     Valve shall have up to and including November 18, 2025, to file a reply in further support of the Petition;

(ii)     Valve's reply in further support of the Petition may be up to 4,100 words;

(iii)     The Petition is re-noted for November 18, 2025; and

---

STIPULATED MOTION AND ORDER
No. 25-cv-01729-JNW

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(iv) This Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties.

SO STIPULATED this 30th day of October, 2025.

By: *s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

By: *s/ William R. Burnside (per email authorization)*
William R. Burnside, WSBA No. 36002
BAILEY DUQUETTE P.C.
800 Fifth Avenue, Suite 101-800
Seattle, WA 98104
will@baileyduquette.com

*Attorneys for Respondent*

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED this 31st day of October, 2025

The Honorable Jamal N. Whitehead
UNITED STATES DISTRICT JUDGE

---

STIPULATED MOTION AND ORDER
No. 25-cv-01729-JNW

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

Michael W. McTigue Jr., *Admitted Pro Hac Vice*
Meredith C. Slawe, *Admitted Pro Hac Vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
michael.mctigue@skadden.com
meredith.slawe@skadden.com

*Attorneys for Petitioner Valve Corporation*

STIPULATED MOTION AND ORDER
No. 25-cv-01729-JNW

4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900